UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                               Case No. 09-MC-51117

                               Hon. John Corbett O'Meara

MICHAEL BURT,

    Defendant,

and

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

    Garnishee.

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Before the court is Defendant Michael Burt's motion for reconsideration of the court's March 7, 2012 order denying application to proceed *in forma pauperis* on appeal. The court finds that Defendant has failed to "demonstrate a palpable defect by which the court and the parties . . . have been misled." LR 7.1(h)(3), and therefore denies the motion.

    **SO ORDERED.**

                                                  s/John Corbett O'Meara
                                                  United States District Judge

Date: April 18, 2012

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 18, 2012, using the ECF system and/or ordinary mail.

                                              s/William Barkholz  
                                              Case Manager