UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

                              Case No. 09-MC-51117

v.

                              Hon. John Corbett O'Meara

MICHAEL BURT,

      Defendant,

and

PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Garnishee.

_____/


## ORDER DENYING MOTION FOR RECONSIDERATION

      Before the court is Defendant Michael Burt's motion for reconsideration of the court's

March 7, 2012 order denying application to proceed *in forma pauperis* on appeal.  The court

finds that Defendant has failed to "demonstrate a palpable defect by which the court and the

parties . . . have been misled." LR 7.1(h)(3), and therefore denies the motion.

      **SO ORDERED.**


                            s/John Corbett O'Meara
                            United States District Judge


Date:  April 18, 2012

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, April 18, 2012, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager